IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case Number: 3:19-CR-112-K |
| JOSEPH LUCIEN DUPLAIN (09) | § § | |
| Defendant. | § § § | |

## WAIVER OF RIGHT TO APPEAR IN PERSON AND CONSENT TO PROCEED BY VIDEO CONFERENCE IN A SENTENCING HEARING

I understand that I have a right to appear in person with my attorneys for a sentencing hearing in open court, and to consult privately with my attorneys during the sentencing hearing.

I understand that due to the global pandemic caused by the novel coronavirus (COVID-19), court proceedings in this district have been postponed, or continued, in order to protect the health and safety of all parties, including me, my attorney, court personnel, and the public.

I understand that the Court is authorized to conduct sentencing hearings by video conference if I agree, after conferring with my attorneys.

I have fully discussed my right to appear in person with my attorneys. I understand that if I consent to a sentencing hearing by video conference, I will be in a different location than the judge and my attorneys, and that this may impact my ability to consult privately with my attorneys.

After consulting with counsel, I believe that delaying my sentencing hearing will result in serious harm to the interests of justice, and that it is in my best interests to proceed with the sentencing hearing by video conference now instead of waiting for an in-person court appearance later.

I agree that I have either read this waiver and consent form, or had it read to me, and that I have fully discussed it with my attorney. I understand that by signing this waiver and consent form, I am giving up my right to appear in person for a sentencing hearing.

After consulting with counsel, I knowingly and voluntarily consent to have my sentencing hearing conducted by video conference.

_____  2-28-23        _____  2-28-23
Defendant                   Date           Attorney for Defendant    Date